
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 15 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROSWELL CHICKEN, INC. D/B/A ROSWELL WING DEPOT and JOHN DOES 1-5 <br><br> Defendants. | Case No. 1:09-cv-3332 (ODE) |

## JUDGMENT

Plaintiff's damages hearing for a Default Judgment was scheduled for 11:00 a.m on March 12, 2010. After allowing an extra twenty minutes, the hearing was held without Defendant appearing.

After review of Plaintiff's supporting affidavit, attorneys' fees bill and after argument of counsel it is hereby ordered and adjudged that:

1. Plaintiff is awarded Ten Thousand Dollars ($10,000.00) in statutory damages for Defendant's piracy;

2. Plaintiff is awarded Twenty-five Thousand Dollars ($25,000.00) in enhanced damages for Defendant's wilfull acts;

3. Plaintiff is awarded reasonable attorneys' fees in the amount of One Thousand Dollars, Nine Hundred and Twenty Dollars ($1,920.00); and,

4. Plaintiff may submit a Bill of Costs as the prevailing party.

SO ORDERED this the 15 day of March, 2010

**The Honorable Orinda D. Evans**
**United States District Court**
**Northern District of Georgia**